AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas


FILED
MAY 0 2 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

GARZA BADILLO, et al,
Plaintiffs.

v.

BORDERS MELON COMPANY, et al,
Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-16-CV-007 (01) AM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Accordingly, the "Plaintiffs' Motion for Reconsideration to Unseal the Order Granting All Motions for Approval of the Parties' Settlement Agreements (ECF Nos. 58 & 67) and the Proceedings Held on 3/8/2017 (ECF No. 74)" (ECF No. 78) is DENIED.

| 5/2/2017 | Jeannette J. Clack |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |